NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REYNOLDS PRESTO PRODUCTS INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**INTEPLAST GROUP, LTD., MINIGRIP, LLC,**
*Intervenors*

---

2017-1027

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-962.

---

**JUDGMENT**

---

DANIEL SHULMAN, Reynolds Group Holdings Ltd., Lake Forest, IL, argued for appellant. Also represented by PATRICK J. McCARTHY, MARK G. DAVIS, Greenberg Traurig LLP, Washington, DC; SCOTT JOSEPH BORNSTEIN, New York, NY.

CLINT A. GERDINE, Office of General Counsel, United States International Trade Commission, Washington, DC,

argued for appellee. Also represented by WAYNE W. HERRINGTON, DOMINIC L. BIANCHI, SIDNEY A. ROSENZWEIG.

MARK LEE HOGGE, Dentons US LLP, Washington, DC, argued for intervenors. Also represented by NICHOLAS HUNT JACKSON, SHAILENDRA K. MAHESHWARI.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and TARANTO, *Circuit Judges*).

## AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| September 7, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |